UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD COHAN,

    Plaintiff,

CASE NO.: 9:20-CV-81702-RS

vs.

BURLINGTON COAT FACTORY
WAREHOUSE CORPORATION
a Florida Profit Corporation
d/b/a BURLINGTON

    Defendant(s).
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, a Florida Profit Corporation, d/b/a BURLINGTON, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against BURLINGTON COAT FACTORY WAREHOUSE CORPORATION, a Florida Profit Corporation, d/b/a BURLINGTON; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED April 1, 2021.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Elizabeth G. McIntosh** |
| Gregory S. Sconzo, Esq. | Elizabeth G. McIntosh |
| Florida Bar No.: 0105553 | Florida Bar No. 1011555 |
| Sconzo Law Office, P.A. | Genovese Joblove & Battista, P.A. |
| 3825 PGA Boulevard, Suite 207 | 4400 Miami Tower |
| Palm Beach Gardens, FL 33418 | 100 Southeast Second Street |
| Telephone: (561) 729-0940 | Miami, Florida 33131 |
| Facsimile: (561) 491-9459 | Telephone: (305) 349-2300 |
| Email: greg@sconzolawoffice.com | Email: emcintosh@gjb-law.com |
| Secondary Email: | Jonathan E. Perlman |
| alexa@sconzolawoffice.com | Florida Bar No.: 773328 |
| Attorney for Plaintiff | Email: jperlamn@gjb-law.com |

**By: /s/ Lauren E. Babst**
Lauren E. Babst
California Bar No.: 313156
Jeffer Mangels Butler & Mitchell LLP
1900 Avenue of the Stars - 7th Floor
Los Angeles, California, 90067
Telephone: (310) 203-8080
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**_/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**